UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT BASSIL**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 97-2021 (JGP) |
| ) | ECF |
| ) | |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Upon consideration of **Defendants' Consent Motion for Order of Dismissal** [#69], the memorandum of points and authorities filed in support thereof, and the entire record, it is hereby

**ORDERED** that Defendants' Consent Motion for Order of Dismissal is granted and that the above-referenced civil action is dismissed with prejudice, and it is further

**ORDERED** that defendants shall respond to any communication by a class member received on or before September 6, 2004, by producing a copy of both sides of the cancelled check bearing that class member's name as payee, or by delivering a new check to that class member, and it is further

**ORDERED** that the defendants shall file with this Court, on or before **October 4, 2004**, a report indicating whether further communications have been made to the defendants by class members during the period between the filing of defendants' motion to dismiss and September 6, 2004.  The report shall indicate the response made by defendants in the event further

communications were made.  The Court shall retain jurisdiction over this matter until this report has been filed and approved by the Court.

**SO ORDERED.**

**DATE: February 3, 2004**                              **JOHN GARRETT PENN**
                                                         **United States District Judge**